**Opinion issued December 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00949-CV

————————————

**DR. SHAKEEL UDDIN, Appellant**

**V.**

**LORETTA WORSHAM, Appellee**

On Appeal from the 333rd Judicial District Court
Harris County, Texas
Trial Court Cause No. 2011-13002

## MEMORANDUM OPINION

Appellant, Dr. Shakeel Uddin, has filed a motion to dismiss his appeal because he no longer wishes to pursue it and requests that all costs be assessed against the party incurring the same. Although there is no certificate of conference, this motion has been on file with the Court for more than 10 days and

no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.